IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4831
(2:13-cr-00032-CWH-1)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff - Appellee )<br>-versus- )<br>)<br>DANIEL PROIETTI, )<br>)<br>        Defendant – Appellant )<br>) | STATUS REPORT |

NOW COMES the undersigned counsel for the Defendant-Appellant, and makes the following report:

1. THAT on February 19, 2015, the District Court held a hearing on the Joint Motion to Alter or Amend, at which time the District Court granted the Joint Motion and required the parties to submit a proposed written Order;

3. THAT the oral grant of the Joint Motion to Alter or Amend was dispositive of the matters to be addressed by the pending Appeal; AND

4. THAT the undersigned Defendant-Appellant will file a Motion to Withdraw the now pending Appeal no later than February 27, 2015.

Respectfully submitted,

By:    */s/ Cameron Jane Blazer*
        CAMERON JANE BLAZER
        Federal ID No.: 10131
        Savage Law Firm
        15 Prioleau Street
        Charleston, SC 29401